**IT IS ORDERED as set forth below:**

**Date: October 7, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| KRISTEN MICHELLE MASSARO | ) | CASE NO. 26-63265-bem |
| | ) | |
| Debtor | ) | |
| | ) | |

**ORDER AND NOTICE ON MOTION TO EXTEND STAY AND TEMPORARY EXTENSION OF AUTOMATIC STAY**

On October 7, 2026, the above-named Debtor filed a *Motion to Extend Stay and Request for Temporary Extension of Stay* (the “Motion”) that included a request for temporary extension of the automatic stay. (Doc. No. 8) It is

ORDERED and NOTICE is given that the Court will hold a hearing on the Motion on **November 4, 2026,** at **10:00 a.m.** in Courtroom **1402**, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303, which must be attended in-person unless otherwise ordered by the Court. It is further

ORDERED that the automatic stay is extended until the conclusion of the foregoing hearing.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive Street, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to Movant's Counsel, G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, NW, Suite 290, Atlanta, GA 30328.

The Clerk is directed to serve a copy of this Order on Debtor, Counsel, the Trustee, and all parties and creditors.

[END OF DOCUMENT]

**Prepared and presented by:**

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Counsel for Movant*

By: *<u>/s/ G. Frank Nason, IV</u>*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com
6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA 30328
(404) 495-4468