UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KRISTEN MICHELLE MASSARO, | : | CASE NO. 26-63265-BEM |
| Debtor. | : | CHAPTER 7 |

**NOTICE OF REJECTION OF APPOINTMENT AS TRUSTEE**

The undersigned hereby rejects his appointment as trustee in the above-styled case due to a potential conflict of interest.

Respectfully submitted this 8th day of October, 2026.

*/s/ S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing *NOTICE OF REJECTION OF APPOINTMENT AS TRUSTEE* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by first class mail to the following entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

G. Frank Nason, IV
Lamberth Cifelli Ellis & Nason PA
Ste 290
6000 Lake Forrest Drive, NW
Atlanta, GA 30328

Kristen Michelle Massaro
101 Lenore Court
Woodstock, GA 30188

This 8th day of October, 2026.

*/s/ S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee