**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 26-63265-BEM |
| | : | |
| KRISTEN MICHELLE MASSARO, | : | CHAPTER: 7 |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES**

Franklin Gateway Opportunity Capital, LLC (hereinafter referred to as "Creditor") hereby enters its appearance and the law firm of The Minor Firm, pursuant to BLR 9010-4, hereby enters its appearance as attorneys for Creditor with regard to all matters and proceedings, pleadings and complaints and adversary proceedings filed in connection with the above-referenced case, showing counsel's name, office address and telephone number as follows:

Mitchell B. Snyder, Esq.
The Minor Firm
745 College Drive, Suite B
Dalton, GA 30720
(706) 259-2586
msnyder@minorfirm.com

and hereby requests that the Clerk of Court add the Law Firm to the mailing matrix for said Creditor and that Debtor, and her counsel, copy The Minor Firm on all

communications, including but not limited to proposed orders, to the Court and serve all filings on The Minor Firm.

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process or otherwise waiving any rights.

This 12th day of October, 2026.

Respectfully submitted,

THE MINOR FIRM

By: /s/ Mitchell B. Snyder
Mitchell B. Snyder
GA State Bar No. 382138
P.O. Box 2586
Dalton, GA 30722-2586
(706) 259-2586
msnyder@minorfirm.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October, 2026, I electronically filed the foregoing Notice of Appearance and Request for Service of All Notices using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

G. Frank Nason, IV, Esq.
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, NW, Suite 290
Atlanta, GA 30328
fnason@lcenlaw.com
Counsel for Debtor

Mr. S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Suite 555
Atlanta, GA 30305
Chapter 7 Trustee

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

I further certify that on this day I caused a copy of this document to be served by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to the following parties at the address shown for each:

G. Frank Nason, IV, Esq.
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, NW, Suite 290
Atlanta, GA 30328

Mr. S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Suite 555
Atlanta, GA 30305

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Dated: This 12th day of October, 2026.

THE MINOR FIRM

By: /s/ Mitchell B. Snyder
Mitchell B. Snyder
GA State Bar No. 382138
745 College Drive, Suite B
Dalton, GA 30720
(706) 259-2586
msnyder@minorfirm.com
Attorney for Creditor