UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| KRISTEN MICHELL MASSARO, | : | CASE NO. 26-63265 - BEM |
| | : | |
| DEBTOR. | : | |

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND RESCHEDULED MEETING OF CREDITORS**

S. Gregory Hays having rejected the appointment as interim trustee, the United States Trustee gives notice that, pursuant to 11 U.S.C. § 701, **Michael J. Bargar** is appointed as interim trustee in this case and is designated to preside over the meeting of creditors. The trustee shall serve under the blanket bond heretofore approved. Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

The name and address of the interim trustee and the date, time, and location of the rescheduled meeting of creditors are below. The debtor must appear via Zoom; creditors and other parties may attend by telephone.

| | |
|---|---|
| **Michael J Bargar**<br>Century Plaza; Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329<br>Email: mbargar@rlkglaw.com<br>Phone: (404) 410-1220 | **November 30, 2026, at 8:45 a.m.**<br><br>The meeting will be held by Zoom video meeting.<br>Go to **Zoom.us/join.**<br>Enter Meeting ID: **807 186 1890** and<br>Passcode: **4173630937** or call **(470) 924-8798** |

Notice given by:

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE,
REGION 21

*/s/ Lindsay P. S. Kolba*
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
lindsay.p.kolba@usdoj.gov